NOVEMBER 15, 1955.

No. 3018. F. SCHNACK AND A. G. SCHNACK *v.* THE CITY AND COUNTY OF HONOLULU. *Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. *F. Schnack,* in persona sua, and *Harold C. Schnack* for the petition.

No. 3026. VIOLET M. HOLLINRAKE *v.* JAMES F. HOLLINRAKE. *Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. *Brahan Houston* for the petition.